IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 5 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-CV-1238

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DUNCAN J. MCNEIL, III,

   Plaintiff,

v.

UNITED STATES and it's officers and agencies;
CLERK U.S. DISTRICT COURT, D-CO;
CLERK U.S. BANKRUPTCY COURT D-CO;
U.S. ATTORNEY - D-CO;
OFFICE OF TRUSTEE - D-CO;
U.S. MARSHAL SERVICE - D-CO;
FBI - D-CO;
IRS - D-CO; and
SECRET SERVICE - D-CO, and their officers,

   Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a document titled "Urgent Exparte Motion: To Proceed IFP W/O Payment of Fees; for Electronic Filing Access to Court and for a Waiver of Pacer Fee and Electronic Filing Fees; For Appointment of Counsel; for Service of Summons and Complaint by the Clerk & U.S. Marshal Per FRCP 4 (c)(2)", and a document titled "Verified Complaint for: to Compel Officers/Agencies of the U.S. to Perform Duties Pursuant 28 U.S.C. §1361; Declaratory Judgment Pursuant to 28 U.S.C. §2201; For Entry of Judgments Granting Full Faith & Credit Pursuant to U.S.

Const. Art. IV § 1 and 28 U.S.C. §1738; For Relief from Void Judgments and Orders Per 28 U.S.C. §1655; For Enforcement of Judgments Against Defendant Pursuant to FRCP 7.1, 69 (c) and 70; Correction of Agency Records Pursuant to 5 U.S.C. §552 a (g); For Injunction Per FRCP 65 and for Appointment of a Master Per FRCP 53 (b); For Damages, Costs and Attorney Fees." The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) _X_ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) _X_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __5__ day of __July__, 2005.

BY THE COURT:

*/s/ O. Edward Schlatter*
O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   05-CV-1238

Duncan J. Mcneil, III
2030 W. Spofford
Spokane, WA 99205

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 an a Prisoner Complaint** to the above-named individuals on _7-5-05_

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk