FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

AUG 2 3 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-1238-OES

DUNCAN J. MCNEIL, III,

    Plaintiff,

v.

UNITED STATES, and it's officers and agencies,
CLERK U.S. DISTRICT COURT, D-CO,
CLERK U.S. BANKRUPTCY COURT D-CO,
U.S. ATTORNEY D-CO,
OFFICE OF TRUSTEE D-CO,
U.S. MARSHAL SERVICE D-CO,
FBI D-CO,
IRS D-CO, and
SECRET SERVICE D-CO, and their officers,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

On August 18, 2005, Plaintiff filed a Notice of Change of Address with the Court. Upon review of the Notice, the Court finds that Plaintiff no longer is incarcerated. Plaintiff will be directed to file an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Since Plaintiff has been released from custody, his continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. **See Whitney v. New Mexico**, 113 F.3d 1170,

1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr. McNeil will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. McNeil may elect to pay the $250.00 filing fee in order to pursue his claims in this action. Accordingly, it is

ORDERED that Mr. McNeil, submit **within thirty (30) days from the date of this Order**, an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. McNeil may elect to pay the $250.00 filing fee in order to pursue his claims in this action. It is

FURTHER ORDERED that the Amended Motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. McNeil, at the address noted in the Notice of Change Address filed August 18, 2005, a copy of this Order and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, for use in submitting the Amended Motion and Affidavit. It is

FURTHER ORDERED that if Plaintiff fails to file the Amended Motion and Affidavit within thirty days of the date of the instant order the Complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this 23 day of August, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01238-OES

Duncan J. Mcneil, III
2030 W. Spofford
Spokane, WA 99205

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on __8-23-05__

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk