IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT

Civil Action No. 05-cv-01238-OES

OCT 19 2005

DUNCAN J. McNEILL,

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

UNITED STATES AND IT'S OFFICERS AND AGENCIES,
CLERK, USDC-D-CO,
CLERK, -USBC-D-CO,
U.S. ATTORNEY-D-CO,
U.S. TRUSTEE-D-CO,
U.S. MARSHAL-D-CO,
FBI-D-CO,
IRS-D-CO,
SECRET SERVICE-D-CO,
SOCIAL SECURITY ADMIN-D-CO, and
DOE 1 TO 500, Fictitiously Named Judgment Debtors Residing in D-CO,

Defendants.

## ORDER TO CURE DEFICIENCY

On August 23, 2005, the Court directed Plaintiff to file an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, as he no longer is incarcerated. On October 5, 2005, Plaintiff submitted an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, but the Motion and Affidavit is not notarized.

Plaintiff will be given the opportunity to cure the deficiency. If he fails to do so, the Complaint and the action will be dismissed without further notice. Accordingly, it is

ORDERED that Plaintiff submit **within thirty (30) days from the date of this Order** a properly completed and notarized Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Plaintiff fails to comply with this Order within the time allowed, the Complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 19 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01238-OES

Duncan J. Mcneil, III
2030 W. Spofford
Spokane, WA 99205

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 10/19/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk