IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01238-ZLW

DUNCAN J. McNEILL, III,

    Plaintiff,

v.

UNITED STATE AND IT'S OFFICERS AND AGENCIES,
CLERK, USDC-D-CO,
CLERK, USBC-D-CO,
U.S. ATTORNEY-D-CO,
U.S. TRUSTEE-D-CO,
U.S. MARSHALL-D-CO,
FBI-D-CO,
IRS-D-CO,
SECRET SERVICE-D-CO,
SOCIAL SECURITY ADMIN-D-CO, and
DOE 1 TO 500, Fictitiously Named Judgment Debtors Residing in D-CO,

    Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

  Plaintiff submitted a Notice of Appeal actually titled "Amended Notice of Appeal" on April 5, 2006. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
   X  is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
   X  is not submitted
   ___ is missing affidavit
   ___ is missing certified copy of prisoner's trust fund statement for the 6-month period

         immediately preceding this filing
\_\_   is missing required financial information
\_\_   is missing an original signature by the prisoner
\_\_   is not on proper form (must use the court's current form)
\_\_   other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  11  day of         April       , 2006.

BY THE COURT:

*/s/ Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2